## EXHIBIT A TO FIRST DAY AFFIDAVIT

