# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR
Client/Matter No. 51689-0001

Invoice No. 720692
June 12, 2013
Page 28

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02/13 | TELEPHONE TOLL CHARGE | 156.60 |
| 04/08/13 | LUNCHEON/DINNER CONFERENCE | 183.53 |
| 04/09/13 | TRAVEL- MILEAGE/TOLLS - DAVID BASS | 17.40 |
| 04/09/13 | TRAVEL - MILEAGE / TOLLS | 19.78 |
| 04/16/13 | TELEPHONE TOLL CHARGE | 118.24 |
| 04/30/13 | TELEPHONE TOLL CHARGE | 356.29 |
| 05/01/13 | WESTLAW | 36.29 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 3.40 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.00 |
| 05/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 05/01/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 43.25 |
| 05/02/13 | WESTLAW | 27.40 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.80 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.80 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 05/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 05/02/13 | POSTAGE | 2.72 |
| 05/03/13 | WESTLAW | 53.26 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.00 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.20 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 05/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 720692  
June 12, 2013  
Page 29

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 05/06/13 | WESTLAW | 103.86 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.20 |
| 05/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.40 |
| 05/06/13 | POSTAGE | 2.52 |
| 05/07/13 | WESTLAW | 26.90 |
| 05/08/13 | WESTLAW | 15.57 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 44 | 8.80 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 12 | 2.40 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 4 | 0.80 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 69 | 13.80 |
| 05/08/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 05/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/09/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 05/09/13 | TELEPHONE TOLL CHARGE | 0.75 |
| 05/09/13 | TELEPHONE TOLL CHARGE | 0.95 |
| 05/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 05/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/13/13 | WESTLAW | 19.66 |
| 05/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.00 |
| 05/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 05/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.80 |
| 05/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.60 |
| 05/14/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 720692  
June 12, 2013  
Page 30

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/14/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/14/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 05/15/13 | WESTLAW | 15.29 |
| 05/15/13 | WESTLAW | 135.18 |
| 05/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 05/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 05/15/13 | POSTAGE | 2.32 |
| 05/15/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 05/16/13 | WESTLAW | 25.02 |
| 05/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 05/16/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/16/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/16/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 05/16/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/16/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/16/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 29.66 |
| 05/17/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/20/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 05/21/13 | WESTLAW | 125.79 |
| 05/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 05/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 05/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 05/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 05/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 05/21/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/21/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/21/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 05/22/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 54 | 10.80 |
| 05/22/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 44 | 8.80 |
| 05/22/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 05/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/22/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 05/24/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 05/24/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 05/24/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 05/24/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 720692  
June 12, 2013  
Page 31

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28/13 | WESTLAW | 45.93 |
| 05/28/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.20 |
| 05/29/13 | WESTLAW | 95.44 |
| 05/29/13 | WESTLAW | 173.61 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.80 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 20 | 4.00 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 14 | 2.80 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 10 | 2.00 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.40 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.00 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 28 | 5.60 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 12 | 2.40 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 16 | 3.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 26 | 5.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 32 | 6.40 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 16 | 3.20 |
| 05/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 24 | 4.80 |
| 05/29/13 | POSTAGE | 2.52 |
| 05/29/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 05/30/13 | WESTLAW | 58.47 |
| 05/30/13 | WESTLAW | 173.78 |
| 05/30/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 05/30/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 05/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 05/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.60 |
| 05/30/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/30/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 05/31/13 | WESTLAW | 9.01 |
| 05/31/13 | WESTLAW | 112.87 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 720692  
June 12, 2013  
Page 32

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.00 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 05/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 05/31/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 05/31/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 05/31/13 | TELEPHONE TOLL CHARGE | 0.20 |
| | TOTAL COSTS ADVANCED: | $   2,697.21 |
| | | |
| | TOTAL SERVICES AND COSTS: | $ 127,500.71 |



COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201.489.3000   201.489.1536 FAX
FEDERAL ID# 22-2113414
—
NEW YORK
—
DELAWARE
—
MARYLAND
—
TEXAS

710 LONG RIDGE RD. OPERATING CO., LLC
173 BRIDGE PLAZA NORTH
FORT LEE, NJ 07024
ATTN: CHRISTOPHER JOYCE, ESQ.

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:   Client/Matter No. 51689-0001                           Invoice No. 720692
      **CHAPTER 11 - DEBTOR**                                     June 12, 2013

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

TOTAL SERVICES AND COSTS:                                    $   127,500.71