# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 - DEBTOR                                                      Invoice No. 730134
      Client/Matter No. 51689-0001                                          November 5, 2013
                                                                                                  Page 31

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/06/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 09/09/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 09/09/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/10/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 09/12/13 | TELEPHONE TOLL CHARGE | 55.17 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 1.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/13/13 | TELEPHONE TOLL CHARGE | 38.05 |
| 09/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/15/13 | TELEPHONE TOLL CHARGE | 107.04 |
| 09/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/18/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 09/19/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/19/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 09/19/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 09/19/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 09/19/13 | COPY OF OFFICIAL DOCUMENTS | 2.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 730134  
November 5, 2013  
Page 32

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 09/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 09/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 09/26/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 09/27/13 | COPY OF OFFICIAL DOCUMENTS | 1.50 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 730134  
November 5, 2013  
Page 33

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30/13 | TRAVEL- MILEAGE/TOLLS - MICHAEL D. SIROTA | 24.75 |
| 09/30/13 | TRAVEL - MILEAGE / TOLLS | 128.96 |
| 10/01/13 | WESTLAW | 59.71 |
| 10/01/13 | WESTLAW | 367.09 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.00 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 20.00 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 18.60 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.60 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.40 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 10/01/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 4 | 0.80 |
| 10/01/13 | POSTAGE | 3.12 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 10/01/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 10/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.60 |
| 10/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.60 |
| 10/03/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 10/03/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 10/03/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 10/03/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 10/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 10/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 10/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001  

Invoice No. 730134  
November 5, 2013  
Page 34

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 10/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.20 |
| 10/07/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 10/07/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 10/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 10/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 3.40 |
| 10/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 25 | 5.00 |
| 10/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 10/08/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 10/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 10/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 7 | 1.40 |
| 10/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 25 | 5.00 |
| 10/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 3.40 |
| 10/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 10/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 10/15/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 10/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 10/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 10/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 10/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 10/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 10/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 10/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.60 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.40 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.40 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.40 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 23.60 |
| 10/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    CHAPTER 11 - DEBTOR      Invoice No. 730134
    Client/Matter No. 51689-0001      November 5, 2013
     Page 35

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.80 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.80 |
| 10/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.00 |
| 10/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 10/22/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 10/22/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 10/22/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 10/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 10/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 10/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 21.80 |
| 10/24/13 | WESTLAW | 61.08 |
| 10/24/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 10/25/13 | WESTLAW | 28.14 |
| 10/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 10/25/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 10/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 10/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 26.00 |
| 10/25/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 10/28/13 | WESTLAW | 55.33 |
| 10/28/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 10/29/13 | WESTLAW | 23.44 |
| 10/30/13 | WESTLAW | 40.91 |
| 10/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 10/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 10/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 10/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 10/31/13 | WESTLAW | 119.60 |
| | **TOTAL COSTS ADVANCED:** | **$ 1,701.09** |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 730134  
November 5, 2013  
Page 36

TOTAL SERVICES AND COSTS: $ 140,094.59