| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey  07602-0800<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Michael D. Sirota, Esq.<br>Gerald H. Gline, Esq.<br>David M. Bass, Esq.<br>Ryan T. Jareck, Esq.<br>Attorneys for 710 Long Ridge Road<br>Operating Company II, LLC, *et al.*,<br>Debtors-in-Possession |
| In re:<br><br>710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*,[1]<br><br>Debtor-in-Possession. |

FILED
James J. Waldron, Clerk
NOV 22 2013
U.S. Bankruptcy Court, Newark NJ
BY: _____ Deputy

Case No. 13-13653 (DHS)

Judge: Hon. Donald H. Steckroth

Chapter 11

**Hearing Date and Time:**
November 21, 2013, at 10:00 a.m.

## ORDER EXTENDING THE EXCLUSIVITY PERIOD DURING WHICH THE DEBTORS MAY SOLICIT ACCEPTANCES TO THEIR JOINT PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED.**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are:  710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford (4809), 240 Church Street Operating Company II, LLC d/b/a Newington Health Care Center (4730), 1 Burr Road Operating Company II, LLC d/b/a Westport Health Care Center (4839), 245 Orange Avenue Operating Company II, LLC d/b/a West River Health Care Center (4716) and 107 Osborne Street Operating Company II, LLC d/b/a Danbury Health Care Center (4676).

11/22/13

51689/0001-9888625v1

(Page 2)
Debtor:            710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*
Case No.           13-13653 (DHS)
Caption of Order:  ORDER EXTENDING THE EXCLUSIVITY PERIOD DURING
                   WHICH THE DEBTORS MAY SOLICIT ACCEPTANCES TO THEIR
                   JOINT PLAN OF REORGANIZATION

---

THIS MATTER having been opened to the Court by 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford, 240 Church Street Operating Company II, LLC d/b/a Newington Health Care Center, 1 Burr Road Operating Company II, LLC d/b/a Westport Health Care Center, 245 Orange Avenue Operating Company II, LLC d/b/a West River Health Care Center and 107 Osborne Street Operating Company II, LLC, d/b/a Danbury Health Care Center, the within debtors and debtors-in-possession (the "**Debtors**"), by and through their counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., upon motion for an Order further extending the period set forth in Section 1121(c)(3) of the Bankruptcy Code relating to the Debtors' exclusive period to solicit acceptances of their joint Chapter 11 plan of reorganization for an additional 120 days to April 20, 2014 (the "**Motion**");[2] and it appearing that good and sufficient notice of the Motion having been provided as evidenced by the Affidavit of Service filed with the Court; and the Court having considered all the motion papers, the opposition thereto, if any, and the arguments of counsel, if any; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, his estate and creditors; and other good cause having been shown,

IT IS ORDERED that:

1. The Debtors' exclusive period to solicit acceptances of their joint Chapter 11 plan of reorganization is hereby extended through and including April 20, 2014.

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Application submitted in support of the Motion.

51689/0001-9888625v1

(Page 3)
Debtor:              710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*
Case No.             13-13653 (DHS)
Caption of Order:    ORDER EXTENDING THE EXCLUSIVITY PERIOD DURING
                     WHICH THE DEBTORS MAY SOLICIT ACCEPTANCES TO THEIR
                     JOINT PLAN OF REORGANIZATION

---

2.  Any and all parties are prohibited from filing competing plans through and including April 20, 2014.

3.  This Order shall be without prejudice to the Debtors' right to seek further extensions of their exclusive period to solicit acceptances of their joint Chapter 11 plan of reorganization and without prejudice to the rights of any party in interest to seek to terminate or be heard in connection with any request to terminate or to oppose any future requests for extensions of such exclusive period.

4.  This Order shall be effective immediately upon entry.

5.  A true copy of this Order shall be served on all interested parties within seven (7) days of the date hereof.

51689/0001-9888625v1