| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>James J. Waldron, Clerk<br>NOV 22 2013<br>U.S. Bankruptcy Court, Newark NJ<br>BY _____ Deputy |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota, Esq.<br>Gerald H. Gline, Esq.<br>David M. Bass, Esq.<br>Ryan T. Jareck, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Attorneys for 710 Long Ridge Road Operating<br>Company II, LLC, *et al.*, Debtors-in-Possession | |
| In re:<br><br>710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*,[1]<br><br>Debtors-in-Possession. | Case No. 13-13653 (DHS)<br>Judge: Donald H. Steckroth<br>Chapter 11<br>(Jointly Administered)<br>**Hearing Date and Time:**<br>_____, 2013, at __:__ __.m. |

**ORDER EXTENDING REVISED INTERIM MODIFICATIONS TO THE DEBTORS' COLLECTIVE BARGAINING AGREEMENTS WITH THE NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199, SEIU PURSUANT TO 11 U.S.C. § 1113(e)**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

Nov. 22, 2013

_____

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford (4809), 240 Church Street Operating Company II, LLC d/b/a Newington Health Care Center (4730), 1 Burr Road Operating Company II, LLC d/b/a Westport Health Care Center (4839), 245 Orange Avenue Operating Company II, LLC d/b/a West River Health Care Center (4716) and 107 Osborne Street Operating Company II, LLC d/b/a Danbury Health Care Center (4676).

51689/0001-9831640v1

(Page 2)
Debtor:              710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*
Case No.             13-13653 (DHS)
Caption of Order:    ORDER EXTENDING REVISED INTERIM MODIFICATIONS TO THE DEBTORS' COLLECTIVE BARGAINING AGREEMENTS WITH THE NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199, SEIU PURSUANT TO 11 U.S.C. § 1113(e)

THIS MATTER having been opened to the Court upon a motion (the "**Motion**")[2] of 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford, 240 Church Street Operating Company II, LLC d/b/a Newington Health Care Center, 1 Burr Road Operating Company II, LLC d/b/a Westport Health Care Center, 245 Orange Avenue Operating Company II, LLC d/b/a West River Health Care Center and 107 Osborne Street Operating Company II, LLC d/b/a Danbury Health Care Center, the within debtors and debtors-in-possession (the "**Debtors**"), by and through their counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., for an Order extending this Court's July 15, 2013 order [Docket No. 424] (the "**Third 1113(e) Order**"), which authorized the Debtors to continue to implement the interim modifications, as modified, to their collective bargaining agreements ("**CBA**" or "**CBAs**") with the New England Health Care Employees Union, District 1199, SEIU (the "**Union**") under 11 U.S.C. § 1113(e) that were previously approved by orders of this Court on April 10, 2013 [Docket No. 230] and March 4, 2013 [Docket No. 66]; and it appearing that objections, if any, to the relief requested in the Motion either have been withdrawn, resolved or overruled for the reasons set forth on the record; and the Court having considered all the pleadings in support of the Motion and the arguments of counsel; and, it appearing that the relief sought in the Motion is necessary and in

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the verified application (the "**Verified Application**") submitted in support of the Motion.

(Page 3)
Debtor: 710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*
Case No. 13-13653 (DHS)
Caption of Order: ORDER EXTENDING REVISED INTERIM MODIFICATIONS TO THE DEBTORS' COLLECTIVE BARGAINING AGREEMENTS WITH THE NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199, SEIU PURSUANT TO 11 U.S.C. § 1113(e)

---

the best interests of the Debtors, their creditors, estates, and other parties-in-interest; and due deliberation having been had; and sufficient cause appearing therefore,

IT IS ORDERED as follows:

1. The Revised Interim Modifications to the Debtors' CBAs with the Union, attached as Exhibit A to the Debtors' Verified Application, are essential to the continuation of the Debtors' businesses and are also essential to avoid irreparable damage to the Debtors' estates under Section 1113(e) of the Bankruptcy Code.

2. The Third 1113(e) Order is hereby extended through the 13-week period ending January 10, 2014 (the "**Fourth 1113(e) Period**") and the Debtors are authorized to implement, pursuant to Section 1113(e) of the Bankruptcy Code, the Revised Interim Modifications attached as Exhibit A to the Debtors' Verified Application to any terms, conditions, wages, benefits or work rules provided by the Debtors' CBAs during the Fourth 1113(e) Period.

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation and/or enforcement of this Order.

4. The effect of this Order shall survive the conversion, dismissal and/or closing of these Chapter 11 cases, appointment of a trustee herein, confirmation of a plan of reorganization and/or the substantive consolidation of these Chapter 11 cases with any other case or cases.

(Page 4)
Debtor: 710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*
Case No. 13-13653 (DHS)
Caption of Order: ORDER EXTENDING REVISED INTERIM MODIFICATIONS TO THE DEBTORS' COLLECTIVE BARGAINING AGREEMENTS WITH THE NEW ENGLAND HEALTH CARE EMPLOYEES UNION, DISTRICT 1199, SEIU PURSUANT TO 11 U.S.C. § 1113(e)

---

5. This Order shall be binding on any subsequent Chapter 11 or Chapter 7 trustee that may be appointed or elected in this Chapter 11 case or any succeeding Chapter 7 case.

6. The Debtors' counsel shall serve a copy of this Order on all parties-in-interest by regular mail within seven (7) days hereof.

51689/0001-9831640v1