# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 34

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01/13 | TELEPHONE TOLL CHARGE | 13.70 |
| 10/01/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/01/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/01/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/01/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/02/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 10/02/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/02/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 10/03/13 | TELEPHONE TOLL CHARGE | 12.69 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/03/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 10/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/09/13 | COPY OF OFFICIAL DOCUMENTS | 2.80 |
| 10/10/13 | TELEPHONE TOLL CHARGE | 0.53 |
| 10/10/13 | TELEPHONE TOLL CHARGE | 26.97 |
| 10/10/13 | TELEPHONE TOLL CHARGE | 91.23 |
| 10/11/13 | TELEPHONE TOLL CHARGE | 0.80 |
| 10/11/13 | TELEPHONE TOLL CHARGE | 26.64 |
| 10/11/13 | TELEPHONE TOLL CHARGE | 27.75 |
| 10/14/13 | TELEPHONE TOLL CHARGE | 76.09 |
| 10/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/14/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/14/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/22/13 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 10/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/22/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 - DEBTOR  
       Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 35

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/22/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 10/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 10/29/13 | TELEPHONE TOLL CHARGE | 20.05 |
| 10/30/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 10/31/13 | TELEPHONE TOLL CHARGE | 14.72 |
| 11/01/13 | WESTLAW | 69.11 |
| 11/03/13 | WESTLAW | 13.07 |
| 11/04/13 | TRAVEL - LODGING - MICHAEL D. SIROTA | 240.35 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.00 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.80 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.80 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.80 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.80 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.20 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 20.40 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 11/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 11/04/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 - DEBTOR                                                                      Invoice No. 731400
      Client/Matter No. 51689-0001                                                             December 3, 2013
                                                                                               Page 36

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1218 | 243.60 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 14 | 2.80 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 44.00 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.85 |
| 11/11/13 | WESTLAW | 2.12 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.60 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.90 |
| 11/11/13 | LUNCHEON/DINNER CONFERENCE | 148.75 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    CHAPTER 11 - DEBTOR  
       Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 37

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.40 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 20.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 18.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 1.10 |
| 11/13/13 | WESTLAW | 1.12 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 38

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 2.50 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 34.20 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 1.10 |
| 11/15/13 | WESTLAW | 21.47 |
| 11/15/13 | WESTLAW | 118.59 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.80 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.80 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.80 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.40 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.80 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 34.20 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 88.40 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.00 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.60 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 39

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/16/13 | WESTLAW | 45.21 |
| 11/18/13 | WESTLAW | 278.94 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.20 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/19/13 | WESTLAW | 65.94 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.00 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.80 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.00 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 7 | 1.40 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE 12019275668 | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 22.40 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 128 | 25.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 294 | 58.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.00 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 20.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 44.00 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 40

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2689 | 537.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 101 | 20.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 20.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 96 | 19.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 78 | 15.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 18 | 3.60 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 24 | 4.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 36 | 7.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 16 | 3.20 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 590 | 118.00 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/20/13 | LUNCHEON/DINNER CONFERENCE | 180.85 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.80 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.55 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 731400  
December 3, 2013  
Page 41

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 25.60 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.80 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 18 | 3.60 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 18 | 3.60 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 24 | 4.80 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 20 | 4.00 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 44 | 8.80 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 48 | 9.60 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 20 | 4.00 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 34 | 6.80 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 32 | 6.40 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 74 | 14.80 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 18 | 3.60 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 28 | 5.60 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 7 | 1.40 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 24 | 4.80 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 10 | 2.00 |
| 11/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |

TOTAL COSTS ADVANCED: $ 3,848.64

TOTAL SERVICES AND COSTS: $ 246,235.14



Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
FEDERAL ID# 22-2113414
—
New York
—
Delaware
—
Maryland
—
Texas

710 LONG RIDGE RD. OPERATING CO., LLC
173 BRIDGE PLAZA NORTH
FORT LEE, NJ 07024
ATTN: CHRISTOPHER JOYCE, ESQ.

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:   **Client/Matter No. 51689-0001**          Invoice No. 731400
      **CHAPTER 11 - DEBTOR**                   December 3, 2013

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

TOTAL SERVICES AND COSTS:                              $   246,235.14