# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11 - DEBTOR  
     Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 32

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/04/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.82 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 32.06 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    CHAPTER 11 - DEBTOR  
      Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 33

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/19/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/19/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/19/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   CHAPTER 11 - DEBTOR                                                   Invoice No. 733507
      Client/Matter No. 51689-0001                                          January 10, 2014
                                                                            Page 34

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 1.80 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/21/13 | TRAVEL- MILEAGE/TOLLS - MICHAEL D. SIROTA | 18.35 |
| 11/21/13 | TRAVEL - MILEAGE / TOLLS | 22.60 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 1.56 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 10.92 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 43.40 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 1.90 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   CHAPTER 11 - DEBTOR                                              Invoice No. 733507
      Client/Matter No. 51689-0001                                     January 10, 2014
                                                                       Page 35

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 1.80 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/24/13 | COPY OF OFFICIAL DOCUMENTS | 2.60 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.80 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/25/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/25/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 18.31 |
| 11/25/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 18.31 |
| 11/25/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 21.16 |
| 11/25/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 21.16 |
| 11/25/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 21.16 |
| 11/25/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 21.16 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 24.18 |
| 11/26/13 | TRANSCRIPT OF TESTIMONY - TD CARD SERVICES | 1,155.55 |
| 11/29/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/29/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 12/01/13 | WESTLAW | 14.62 |
| 12/01/13 | WESTLAW | 14.62 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  CHAPTER 11 - DEBTOR  
     Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 36

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.60 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 37.60 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.40 |
| 12/02/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/03/13 | WESTLAW | 28.19 |
| 12/03/13 | WESTLAW | 267.41 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 21 | 4.20 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 12/03/13 | TELEPHONE TOLL CHARGE 19738894127 | 1.45 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.60 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.80 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.20 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.40 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.20 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.00 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.40 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.80 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.20 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.10 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 37

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.20 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 5 | 1.00 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/06/13 | TRAVEL- MILEAGE/TOLLS - DAVID BASS | 18.80 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/06/13 | TRAVEL - MILEAGE / TOLLS | 19.78 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/11/13 | WESTLAW | 53.68 |
| 12/11/13 | WESTLAW | 130.53 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/12/13 | WESTLAW | 102.25 |
| 12/12/13 | WESTLAW | 202.88 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 38

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 12/13/13 | WESTLAW | 151.77 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.00 |
| 12/14/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.80 |
| 12/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/16/13 | WESTLAW | 73.83 |
| 12/16/13 | WESTLAW | 87.91 |
| 12/16/13 | WESTLAW | 220.87 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 2.55 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/18/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.05 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 39

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/19/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 21.90 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 18 | 3.60 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.60 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 12/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.60 |
| 12/24/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/26/13 | WESTLAW | 30.95 |
| 12/26/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/27/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/27/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 12/27/13 | TELEPHONE TOLL CHARGE | 1.35 |
| 12/28/13 | WESTLAW | 37.41 |
| 12/28/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/28/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/28/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/28/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/29/13 | WESTLAW | 5.71 |
| 12/29/13 | WESTLAW | 58.47 |
| 12/30/13 | WESTLAW | 42.38 |
| 12/30/13 | WESTLAW | 53.19 |
| 12/30/13 | WESTLAW | 94.95 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: CHAPTER 11 - DEBTOR  
Client/Matter No. 51689-0001

Invoice No. 733507  
January 10, 2014  
Page 40

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 1.70 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 2.20 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 2.90 |
| 12/31/13 | WESTLAW | 36.47 |
| 12/31/13 | WESTLAW | 97.06 |
| 12/31/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.70 |
| 12/31/13 | TELEPHONE TOLL CHARGE | 0.85 |

TOTAL COSTS ADVANCED: $ 4,038.33

TOTAL SERVICES AND COSTS: $ 237,443.83



**Court Plaza North**
**25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
**201.489.3000   201.489.1536  fax**
**FEDERAL ID# 22-2113414**

**New York**

**Delaware**

**Maryland**

**Texas**

710 LONG RIDGE RD. OPERATING CO., LLC
173 BRIDGE PLAZA NORTH
FORT LEE, NJ 07024
ATTN: CHRISTOPHER JOYCE, ESQ.

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:  **Client/Matter No. 51689-0001**                                  Invoice No. 733507
     **CHAPTER 11 - DEBTOR**                                           January 10, 2014

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

TOTAL SERVICES AND COSTS:                                              $   237,443.83