

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**710 LONG RIDGE ROAD OPERATING COMPANY II, LLC,** *et al.,*<br><br>Debtors. | Case No.: 13-13653 (DHS)<br><br>Judge: Donald H. Steckroth, U.S.B.J. |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Feb. 6, 2014

D. Steckroth
U.S.B.J.

**Page 2**
Debtor:	710 Long Ridge Road Operating Company II, LLC, *et al.*
Case No.:	13-13653 (DHS)
Caption of Order:	Order

THIS MATTER having been opened to the Court by 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford, et al., the within Debtors and Debtors-In-Possession (collectively the "Debtors") through their counsel for entry of an Order Granting Debtor's Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 502(B) And Fed. R. Bankr. P. 2019, 3001 And 3007 Granting The Debtors' Omnibus Objection To Claims Filed By The New England Health Care Employees Union, District 1199, SEIU (the "Union") And The National Labor Relations Board ("NLRB") (the "Motion"), and the court having read and considered the Motion and having read and considered any Objections and having heard the argument of counsel and for the reasons set forth in the Court's Opinion dated February 6, 2014, and for good cause shown, it is

ORDERED, that the Claims of the Union and NLRB that relate to the period preceding the Filing Date of Debtors' Chapter 11 Petitions, to the extent they were filed or asserted as priority claims under 11 U.S.C. § 507(a)(4) and/or 11 U.S.C. § 507(a)(5), are hereby reclassified as general unsecured claims, if and when awarded in an NLRB proceeding; and it is further

ORDERED, that to the extent they are awarded in a NLRB proceeding, the Claims attributable to the time period from February 24, 2013 to March 2, 2013 are entitled to administrative expense status under 11 U.S.C. § 503(b); and it is further

ORDERED, that the Claims attributable to the time period of March 3, 2013 and March 4, 2013 to February 3, 2014 are hereby expunged in their entirety.