*Order Filed on 2/18/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*

Abby Propis Simms
Julie L. Kaufman
Nancy E. Kessler Platt
Dawn L. Goldstein
Kevin P. Flanagan
1099 14th Street, NW
Washington, DC 20570
(202) 273-2930

*Counsel for the National Labor Relations Board*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | CASE NO. 13-13653 (DHS) |
| 710 LONG RIDGE ROAD OPERATING COMPANY II, LLC, *et al.*,[1] | (Jointly Administered) |
| | Judge: Donald H. Steckroth |
| | Chapter 11 |
| Debtors-in-Possession. | Hearing Date and Time: February 6, 2014 11:00 a.m. |

**ORDER DENYING NATIONAL LABOR RELATIONS BOARD'S MOTION FOR STAY OF THIS COURT'S ORDER GRANTING RELIEF UNDER SECTION 1113(c)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 2/18/2014**

*/s/ Donald H. Steckroth*
Honorable Donald H. Steckroth
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford (4809), 240 Church Street Operating Company II, LLC d/b/a Newington Health Care Center (4730), 1 Burr Road Operating Company II, LLC d/b/a Westport Health Care Center (4839), 245 Orange Avenue Operating Company II, LLC d/b/a West River Health Care Center (4716) and 107 Osborne Street Operating Company II, LLC d/b/a Danbury Health Care Center (4676).

On February 4, 2014, the National Labor Relations Board (the "NLRB") filed a Motion for a stay pending appeal of this Court's Order dated February 3, 2014 (the "Stay Motion"), granting the motion for relief under Bankruptcy Code section 1113(c) (the "section 1113(c) Order") filed by 710 Long Ridge Road Operating Company II, LLC d/b/a Long Ridge of Stamford, et al. (the "Debtors"). Upon consideration of the NLRB's Motion and supporting papers, as well as the full record in the Chapter 11 case, and applicable case law and statutory law, and the Debtors having opposed the NLRB's request for expedited consideration of the Stay Motion, and for the reasons stated on the record in a telephonic hearing on February 6, 2014, including the Court's findings and determinations that (i) the likelihood of success on appeal does not exist, (ii) the NLRB will not suffer irreparable harm if the stay is not granted, (iii) a stay would cause harm to other parties, namely the Debtors, if granted, and perhaps even to terminate the proceedings and the prospect of any reorganization, and (iv) a stay is not in the public interest; and the Court having noted that the Union may have many reasons for its inactivity in not seeking a stay, and having further noted that it also can be inferred that based on the Union having not joined in the Stay Motion, the Union does not agree that their members are irreparably injured, or that there is a likelihood of success on the merits; and, therefore, it is ORDERED as follows:

1.  The NLRB's Motion for a stay pending appeal of the section 1113(c) Order is denied.

*Approved by Judge Donald H. Steckroth February 18, 2014*